UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY AYIOMAMITIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-00563-NAB |
| ) | |
| NATIONAL SPACE SOCIETY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon review of the record, the Court notes that the file contains no proof of service upon nor entry of appearance on behalf of Defendant National Space Society.  Because it does not appear that service of the complaint has been timely made within 90 days after the filing of the complaint on April 20, 2020,

**IT IS HEREBY ORDERED**, pursuant to Fed.R.Civ.P. 4(m), that Plaintiff Anthony Ayiomamitis shall show cause in writing, within fourteen (14) days of the date of this order, why this action should not be dismissed without prejudice as to Defendant National Space Society for lack of timely service.

Dated this 27th day of July, 2020.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE